**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

FREDDY AUCATOMA ALDAZ,

                    Petitioner,

        v.                                                    9:26-cv-00439 (AMN)

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

**APPEARANCES:**                                          OF COUNSEL:

**FREDDY AUCATOMA ALDAZ**
Broome County Correctional Facility
155 Lt. Van Winkle Drive
Binghamton, New York 13905
Petitioner *pro se*

**LILIANA DEL ROCIO CARAGUAY SOLÓRZANO**
332 Doat Street
Buffalo, New York 14211
Next Friend to Petitioner *pro se*

**UNITED STATES ATTORNEY FOR THE**          **KAREN LESPERANCE, ESQ.**
**NORTHERN DISTRICT OF NEW YORK**           **DAVID M. KATZ, ESQ.**
100 South Clinton Street                    Assistant United States Attorneys
Syracuse, New York 13261
*Counsel for Respondent ICE Field Office Director*

**Hon. Anne M. Nardacci, United States District Judge:**

**ORDER**

Petitioner Freddy Aucatoma Aldaz ("Petitioner") is a noncitizen who entered the United

States without legal authorization approximately two years ago.  Dkt. No. 9-1 at 3.  Petitioner has

a pending application for asylum and no criminal history.  *Id*.; Dkt. No. 1 at 1, 21-32.  Petitioner

was nonetheless detained and placed in Immigration and Customs Enforcement ("ICE") custody

1

on November 14, 2025.  Dkt. No. 9-1 at 3-4.  Petitioner remains detained at the Broome County Correctional Facility in Binghamton, New York.  Dkt. Nos. 1, 9-2 at 4.  On March 17, 2026, the Court received a petition under 28 U.S.C. § 2241 for a writ of habeas corpus, seeking an order granting, *inter alia*, Petitioner's immediate release.  Dkt. No. 1 ("Petition").  After considering submissions from all parties, Dkt. Nos. 1, 2, 6, 9, the Court finds a hearing unnecessary and grants the Petition and orders Petitioner's immediate release.  The Court will issue a written decision setting forth the reasons for this Order in more detail in due course.

Accordingly, the Court hereby

**ORDERS** that the hearing scheduled for Thursday, April 2, 2026 at 1 p.m., Dkt. No. 5, is **ADJOURNED**; and the Court further

**ORDERS** that the Petition for a writ of habeas corpus, Dkt. No. 1, is **GRANTED**; and the Court further

**ORDERS** that Respondents shall **immediately release Petitioner Freddy Aucatoma Aldaz from custody**; and the Court further

**ORDERS** that Respondents shall certify compliance with this Order by filing a status report by 5:00 p.m. on March 27, 2026; and the Court further

**ORDERS** that having considered the particular circumstances of this case and *Mathews v. Eldridge*, 424 U.S. 319 (1976), Petitioner Freddy Aucatoma Aldaz shall not be re-detained without adequate notice to Petitioner and his spouse and next friend, Liliana del Rocio Caraguay Solórzano, and without an opportunity to be heard at a hearing where the Government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a) and the burden to demonstrate by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk; and the Court further

**ORDERS** that pending the issuance of any final removal order against Petitioner Freddy Aucatoma Aldaz, Respondents are also enjoined from denying him bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances.

**IT IS SO ORDERED.**

Dated: March 27, 2026
Albany, New York

Anne M. Nardacci
U.S. District Judge